# THE FIERST LAW GROUP, P.C.

22 BAYVIEW AVENUE, SUITE 202, MANHASSET, NEW YORK  11030
(516) 586-4221
FAX:  (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
  *Admitted to Practice in New York and Connecticut

November 20, 2020

**VIA ECF**
The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

*[Handwritten: Refer / (signature) / 12/3]*

Re:   *Simha & Nataly Trading, Inc., et. al. v. Blues Company for Export and General Supplies, et. al.*
      Case No. 1:20-cv-09639

Dear Judge McMahon:

This law firm represents the Plaintiff in the referenced action.  We write to Your Honor to request a refund of the filing fee paid upon commencement of this action, which was erroneously commenced in the Southern District.

It has come to our attention that although the pleadings were prepared for the Eastern District of New York, my office erroneously filed and commenced this action in the Southern District.  The Clerk's office has been notified of this error, and it is my understanding that this case will be marked "closed."

It is respectfully requested, therefore, that this action be marked "disposed and closed" as erroneously filed, and Clerk be instructed to refund the initial $400 filing fee to my office.

We apologize to the Court for this error, and thank Your Honor for your attention to this request.

Respectfully submitted,

Timothy J. Fierst

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/20